UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DENNIS W. BLACK,

          Plaintiff,

-vs-                                  Case No. 6:07-cv-1304-Orl-19UAM

COMMISSIONER OF SOCIAL
SECURITY,

          Defendant.

_____

## ORDER

This case is before the Court on Plaintiff's Uncontested Petition for Attorney's Fees (Doc. No. 23) filed October 15, 2008. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed October 16, 2008 (Doc. No. 24) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Plaintiff's Uncontested Petition for Attorney's Fees (Doc. No. 23) is **GRANTED**.

    3.    The Commissioner of Social Security is directed to pay to Plaintiff $4,584.02 in attorney's fees.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this _4th_ day of November, 2008.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party